**These Findings of Fact and Conclusions of Law
Are Not Appropriate for Publication**

FILED
AUG 9 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

DDJ, LLC,

        Debtor.
_____/

Case No. 05-10002-A-7
DC No. JF-7

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING MOTION FOR RELIEF FROM STAY

    A hearing was held August 8, 2007, on the motion for relief from stay filed by Joe Flores in pro se. Connie Flores joined in the motion in pro se. No opposition to the motion was filed. This matter is core under 28 U.S.C. § 157(b)(2)(G). This memorandum[1] contains findings of fact and conclusions of law required by Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52.

    The motion seeks relief from the automatic stay for Joe and Connie Flores to proceed in two actions pending in the United States District Court for the Eastern District of California. Those actions are CIV-F-99-5878 ("Flores I") and CIV-F-04-6405

---

[1] These Findings of Fact and Conclusions of Law Are Not Appropriate for Publication.

1

("Flores II").

This chapter 7 case was filed in 2005. The principal creditor in the case is Joe Flores. He now seeks relief from stay to litigate two actions in district court in which the bankruptcy estate may claim an interest. However, the bankruptcy estate has not opposed this motion. The bankruptcy estate of a companion case, DDJ, Inc., (No. 05-10001) is participating in the district court litigation with Mr. Flores.

Based on the lack of opposition by the chapter 7 trustee in this case and on the length of time that this chapter 7 case has been pending, the court concludes and finds that there is cause for relief from the automatic stay. Nothing herein consists of any finding or conclusion about the ownership of any claim for relief in either Flores I or Flores II. Further, nothing in these findings should be deemed to alter or amend any previous findings made by the court with respect to the ownership of any claim for relief in Flores I or Flores II. The court has determined to grant relief from stay at this time to Mr. Flores based on cause, solely because of the lengthy pendency of this chapter 7 case and the lack of opposition.

A separate order will issue.

DATED: August 9, 2007

_____
WHITNEY RIMEL, Judge
United States Bankruptcy Court